**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**



| | |
|---|---|
| In Re: Myrna G. Garza<br>Debtor | Case No.: 09–50233<br>Chapter: 13 |

**ENTERED**
**10/29/2009**

### ORDER OF DISMISSAL WITHOUT PREJUDICE ON REQUEST OF DEBTOR

On request of the Debtor, and pursuant to 11 U.S.C. §§1307(b), and no notice of hearing being required because this case has not previously been converted from another chapter, and the Court being satisfied that the motion was not filed following a request for relief from the automatic stay, by authority of FRBP 1017(f)(2), it is

**ORDERED** that the above captioned case be and is hereby **DISMISSED WITHOUT PREJUDICE.**

Signed and Entered on Docket: 10/29/09

_____
WESLEY W STEEN
United States Bankruptcy Judge